United States Bankruptcy Court
Middle District of Pennsylvania

Robinson,
Plaintiff

Adv. Proc. No. 26-00056-HWV

Pennymac Loan Services LLC,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 1
Date Rcvd: Aug 14, 2026 Form ID: ntcomply Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Ebony Robinson, 835 West Poplar Street, York, PA 17401-3638 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ebony Robinson
aka Ebony Correnda Robinson
**Debtor(s)**

Ebony Robinson
**Plaintiff(s)**

vs.

Pennymac Loan Services LLC, Mortgage Electronic Registration Systems (MERS) and Residential Mortgage Services Inc, all subsidiaries, assignee, agents, affiliates and Partners, Trustees
**Defendant(s)**

Chapter: 13

Case No. : 1:26−bk−00940−HWV

Adversary No.: 1:26−ap−00056−HWV

Document Number: 3

Matter: Summons setting answer dates, issued for plaintiff to serve

## Notice

A Certificate of Service evidencing service of the Complaint and Summons has not been filed in the above−captioned adversary proceeding. Absent a showing of good cause, if Plaintiff does not file a Certificate of Service on or before **September 15, 2026**, the adversary proceeding may be dismissed.

The Local Bankruptcy Forms and Rules and the Federal Rules of Bankruptcy Procedure can be found on the Court's website at https://www.pamb.uscourts.gov.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 14, 2026 |

ntcomply(05/18)