## Lyndsey Price

**From:** Cindy Boyle
**Sent:** Tuesday, September 15, 2026 1:00 PM
**To:** Lyndsey Price
**Subject:** FW: U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: , Case Number: 26-00056, HWV, Ref: [p-261171605]
**Attachments:** B_P12600056ntbkds0053.PDF

FILED
**September 15, 2026**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

---

**From:** PAMBBNC <PAMBBNC@pamb.uscourts.gov>
**Sent:** Tuesday, September 15, 2026 12:52 PM
**To:** PAMBml_TeamLeaders <PAMBml_TeamLeaders@pamb.uscourts.gov>
**Subject:** FW: U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: , Case Number: 26-00056, HWV, Ref: [p-261171605]

---

**From:** USBankruptcyCourts@noticingcenter.com <USBankruptcyCourts@noticingcenter.com>
**Sent:** Tuesday, September 15, 2026 12:51:36 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** PAMBBNC <PAMBBNC@pamb.uscourts.gov>
**Subject:** U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: , Case Number: 26-00056, HWV, Ref: [p-261171605]

**CAUTION - EXTERNAL:**

Notice of Undeliverable Mail to Court - Adversary Proceeding

September 16, 2026

From: The Bankruptcy Noticing Center

Re: Undeliverable Notice - Adversary Proceeding

In re: Robinson, Plaintiff
Pennymac Loan Services LLC, Defendant
Adv. Proc. No. 26-00056, HWV,

The attached document could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable. This notification is being sent for appropriate processing as your court may determine.

Undeliverable Address:
Residential Mortgage Services Inc, all subsidiarie

Role type/cr id: dft
Reason Undeliverable: INCOMPLETE ADDRESS

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.