United States Bankruptcy Court
Middle District of Pennsylvania

Robinson,
Plaintiff

Adv. Proc. No. 26-00056-HWV

Pennymac Loan Services LLC,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0314-1 | User: AutoDocke | 
Date Rcvd: Sep 14, 2026 | Form ID: ntbkds | Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| ust | + | Edith Ann Serrano, DOJ-Ust, Sylvia H. Rambo United States Courthouse, 1501 N. 6th Street, Box 302 Harrisburg, PA 17102-1104 |
| pla | + | Ebony Robinson, 835 West Poplar Street, York, PA 17401-3638 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Sep 14 2026 18:52:00 | Joseph P Schalk, DOJ-Ust, 1501 North 6th Street, Ste Box 302, Harrisburg, PA 17102-1104 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Sep 14 2026 18:52:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| ust | + | Email/Text: ustpregion21.tp.ecf@usdoj.gov | Sep 14 2026 18:53:00 | United States Trustee - TPA, Timberlake Annex, Suite 1200, 501 E Polk Street, Tampa, FL 33602-3949 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Residential Mortgage Services Inc, all subsidiarie |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Maggie Soboleski | on behalf of Defendant Mortgage Electronic Registration Systems (MERS) msoboleski@kmllawgroup.com |
| Maggie Soboleski | on behalf of Defendant Pennymac Loan Services LLC msoboleski@kmllawgroup.com |

TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ebony Robinson
aka Ebony Correnda Robinson
**Debtor(s)**

Ebony Robinson
**Plaintiff(s)**

vs.

Pennymac Loan Services LLC, Mortgage Electronic Registration Systems and Residential Mortgage Services Inc, all subsidiaries, assignee, agents, afflieates and Partners, Trustees
**Defendant(s)**

Chapter 13

Case No. 1:26–bk–00940–HWV

Adversary No. 1:26–ap–00056–HWV

## Notice

Adversary Case #1:26–ap–00056–HWV is dismissed because the underlying Bankruptcy Case #1:26–bk–00940–HWV has been dismissed.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901–2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 14, 2026 |

ntbkds(05/18)